JOSEPH T. MCNALLY
Acting United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| Plaintiff(s) | CR 2:24-cr-00570-WLH |
| v. | CV |
| CLAIRE PATRICIA HAVILAND, et al., ZACHARY S. WINTERS (9) | **WRIT OF HABEAS CORPUS** |
| Defendant(s) | ☒ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |

**WHEREAS** the attached application was granted by the Honorable _____

Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian:

Warden of Pleasant Valley State Prison

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **ZACHARY S. WINTERS**

before the Honorable Pedro V. Castillo, Duty Magistrate Judge    Judge/Magistrate Judge of the

United States District Court, United States Courthouse, Courtroom No. **640** , located at

255 East Temple Street Los Angeles, CA 90012-3332    on **March 13, 2025**

at **1:30 p.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court

pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable _____    Judge/Magistrate Judge of the

United States District Court for the Central District of California.

Dated: _____    CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**